In the Matter of ANONYMOUS, an Applicant for Admission to the Bar, Appellant.

Submitted March 30, 2009; decided May 5, 2009

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

BARKLEE 94 LLC, Appellant, v JANE O'KEEFE, Respondent.

Decided May 5, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of CASSIDY SUE R. ADMINISTRATION FOR CHILDREN'S SERVICES et al., Respondents; MANUEL (EMMANUEL) R., Appellant, et al., Respondent.

Submitted March 9, 2009; decided May 5, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

COMBINED VENTURES, LLC, Respondent, v FISKE HOUSE APT. CORP. et al., Defendants, and KAREN V.M. SMITH, Appellant.

Submitted March 9, 2009; decided May 5, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge JONES taking no part.